UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM MARQUEZ,

  Plaintiff,

-vs-

TARGET CORPORATION,

  Defendant.
_____/

CASE NO.:  6:18-CV-00807-PGB-GJK

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, William Marquez, and the Defendant, Target Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this __15th__ day of __October, 2018_____.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar#: 105998
*Attorney for Plaintiff*

*/s/ Brian Melendez*
Brian Melendez, Esquire
Barnes & Thornburg LLP
Suite 2800, 225 South Sixth Street
Minneapolis,, MN 55402-4662
Tele: (612) 367-8734
Fax: (612) 333-6798
brian.melendez@btlaw.com
Florida Bar#: 0103559
*Attorney for Defendant*